Tom Yu, Esq. (SBN: 306699)
tyu@pelayes-yu.com
**LAW OFFICES OF PELAYES & YU, APC**
10803 Foothill Boulevard, Suite 112
Rancho Cucamonga, California 91730
T: 909-481-3833 | F: 909-801-7004

Attorney for Defendant,
Eric Gonzalez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>ERIC GONZALEZ<br>Defendant. | Case: 2:13-Cr-00574-DSF-1<br><br>**DECLARATION OF DR. ALAN MARCUS IN SUPPORT OF ERIC GONZALEZ'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C §3582(C)(1)(A)(I)**<br><br>**COMPASSIONATE RELEASE** |

///
///
///

- 1 -
DECLARATION OF DR. ALAN MARCUS IN SUPPORT OF ERIC GONZALEZ'S MOTION TO REDUCE
SENTENCE PURSUANT TO 18 U.S.C §3582(C)(1)(A)(I)

I, DR. ALAN MARCUS MD, FACP, FACE, declare:

1. I am a licensed medical doctor in the State of California and on or about July 2018, I began treating Mr. Eric Gonzalez ("Mr. Gonzalez") as a patient.

2. Eric Gonzalez was diagnosed with Type II diabetes in 2016.

3. According to the CDC, Type II diabetes puts Mr. Gonzalez at an increased risk of severe illness from the virus that causes COVID-19.

4. Unfortunately, Mr. Gonzalez's condition has progressed to include other high risk conditions including Kidney Disease, Non-alcoholic Fatty Liver Disease and Microvascular Disease.

5. Collectively, these factors substantially increase his risk of contracting the virus and more than double Mr. Gonzalez's chance of death if he does.

6. At that time, Mr. Gonzalez was diagnosed and treated for Non-Alcoholic Fatty Liver Disease, a small blood vessel complication of Diabetes Mellitus or Pre-Diabetes, Dyslipidemia, Low Thyroid Levels and Hypopituitary function due to elevated glucose.

7. Since then, Mr. Gonzalez has had advancement of his microvascular disease and now has documented microalbuminuria which is consistent with the probable progression of his disease to renal and cardiovascular disease complications.

8. This diagnosis is based on Mr. Gonzalez's January 15, 2020 lab results reflecting urinary Microalbumin greater than 200 ug/mL. This is ten times greater than healthy individuals who's urinary Microalbumin is typically less than 20 ug/mL.

9. To understand the severity of risk Mr. Gonzalez is currently enduring, it is important to consider each high-risk factor separately and then consider them in the aggregate.

10. <u>Diabetes Type II Mellitus</u> is listed as a high-risk factor according to the Centers for Disease Control.

   a. Because COVID-19 is a respiratory disease and diabetes is known to confer risk of infections, individuals who have diabetes are more likely to be at higher risk of serious illness if they contract COVID-19.

   b. Research shows that diabetes patients, like Mr. Gonzales, have mortality rates that are more than twice as high than overall mortality rates.

   c. Type II diabetes is a chronic condition that affects the way the body metabolizes sugar.

   d. It is characterized by high levels of sugar in the blood and is known to increase a person's susceptibility to COVID-19.

   e. About 10.5% of the U.S. population have diabetes and roughly 26.9 million people, including 26.8 million adults have been diagnosed.

   f. In 2016, an estimated 1.6 million deaths were directly caused by diabetes.

   g. One recent report revealed that among 784 patients with diabetes, half were hospitalized including 148 (18.8%) in the intensive care unit. That compares with 2.2% of those with no underlying conditions.

   h. Similarly, data from two hospitals in Wuhan following 1561 patients with COVID-19, revealed that those with diabetes were more likely to require admission to an intensive care unit or to die than those who did not have diabetes.

DECLARATION OF DR. ALAN MARCUS IN SUPPORT OF ERIC GONZALEZ'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C §3582(C)(1)(A)(I)

      i. In addition, Diabetes was found to be more frequent in patents with severe COID-19 than in patients without.

      j. Furthermore, those patients with COVID-19 and diabetes more commonly had hypertension, cardiovascular disease, cerebrovascular disease, nervous system disease, and chronic kidney disease than those without diabetes with an associated risk for in-hospital death and poor prognosis.

11. Mr. Gonzalez has increased risk due to his kidney failure because:

      a. Mr. Gonzalez's Type II diabetes has progressed to kidney (renal) disease.

      b. Diabetes is the number one cause of kidney failure and the leading cause of micro albumin in the urine in the United States.

      c. When a person has diabetes, the level of sugar in the blood is too high.

      d. Over time, the extra sugar damages the small blood vessels in the kidneys, and it becomes harder for them to cleanse the blood.

      e. Diabetes can also harm the nerves, often leading to kidney damage.

      f. Renal disease is the poor functioning of the kidneys due in part to a reduction in blood-flow to the organ.

      g. This is because the kidneys regulate body fluid and blood pressure, as well as regulate blood chemistry and remove organic waste.

      h. SARS-CoV-2 affects kidney function even in those who did not have kidney disease prior to infection.

      i. Reports say that up to 30% of patients hospitalized with COVID-19 in China and New York developed moderate or severe kidney injury.

    j. Dr. John Sperati, an expert in kidney health revealed that "many patients with severe COVID-19 are those with co-existing chronic conditions, including high blood pressure and diabetes."

    k. Similarly, the CDC warns about significant risks from COVID-19 in persons having chronic kidney disease of any stage.

12. Mr. Gonzalez has an increased risk of COVID-19 complications due to his non-alcoholic fatty liver disease:

    a. Mr. Gonzalez' liver disease is worsening.

    b. Of great concern is whether Mr. Gonzalez will suffer from permanent scarring and hardening of his liver, otherwise known as cirrhosis.

    c. Of greater concern is that Mr. Gonzalez's chances of death from COVID-19 have doubled compared to those without this diabetic complication that signals inflammation and destruction of cells.

    d. Fatty liver disease is typically developed in people who are overweight or obese or have diabetes, high cholesterol, or high triglycerides.

    e. Symptoms of such a condition include severe tiredness, yellowing of the skin or eyes, spider blood vessels on the skin, long lasting itching, weakness, and weight loss.

    f. Non-alcoholic fatty liver disease's main characteristic is too much fat stored in liver cells.

    g. Experts suggest that there is a connection between this disease and insulin resistance. When the muscles and tissues need sugar for energy, insulin helps unlock cells to take in glucose from the blood.

    h. When the body develops insulin resistance, it means that the cells do not respond to insulin the way they should and as a result, too much fat ends up in the liver.

    i. Pre-existing liver disease is associated with worse outcomes in patents with COVID-19.

    j. In a study of 2780 patients with COVID-19, patients with chronic liver disease revealed higher rates of mortality as compared with those without liver disease.

13. Mr. Gonzalez's kidney and liver disease has progressed to microvascular disease increasing his risk factors due to:

    a. Mr. Gonzalez's medical records leaves no question that his physical health is deteriorating.

    b. His diabetes has caused a progression of kidney and liver disease and worsened into microvascular disease.

    c. Mr. Gonzalez' microvascular disease has advanced to microalbuminuria which is consistent with the probable progression of his liver disease to renal and cardiovascular disease complications.

    d. The scientific literature has clearly and unequivocally shown the presence of Microvascular disease confers additional risk to COVID-19 infection in that their death rate is significantly increased.

    e. The same increased death rate is seen with COVID-19 in patients with albuminuria which is the result of scarring and inflammation of the small blood vessels that is linked to heart disease, death, stroke and renal.

f. Microvascular disease is a condition wherein the walls of the small arteries in the heart are damaged. These small vessels perfuse the tissue in organs.

g. Abnormalities in these small vessels can cause spasms, resulting in chest pain and diminished blood flow to the heart.

h. Because it affects the heart, if this condition is left untreated, this disease can be life-threatening and is a particularly dangerous condition when fighting against COVID-19 virus.

i. Microalbuminuria is an earlier sign of vascular damage and is considered a predictor of worse outcomes for both kidney and heart patients.

j. There is a significant correlation between blood pressure and microalbuminuria.

k. Even high-normal blood pressure is associated with a significant higher frequency of microalbuminuria and this may be a biomarker of increased cardiovascular risk.

l. Microalbuminuria is also an indicator of insulin resistance and of the increased renal and cardiovascular risk associated with metabolic syndrome.

m. Renal involvement is a pivotal development in diabetes and microalbuminuria is generally the first clinical sign of renal dysfunction in diabetics.

n. Dozens of studies have revealed similar patterns of vascular damage in people who have died of COVID-19. One found that "the lungs of COVID-19 victims had nine times as many clots as those who dies of the H1N1 flue.

    o. Other studies have noted that the key is direct and indirect damage to the endothelial cells that line the blood vessels, particularly in the lungs.

    p. By attacking those cells, COVID-19 infection causes vessels to leak and blood to clot.

    q. Those changes in turn spark inflammation throughout the body and fuel the acute respiratory distress syndrome responsible for most patient deaths.

    r. Therefore, the presence of microvascular disease significantly affects the risk of future cardiovascular disease among individuals with Type II diabetes.

    s. Cardiovascular complications are rapidly emerging as a key threat in COVID-19 cases and place Mr. Gonzalez in one of the highest categories of increased risk for severe complications.

14. It is medically advised that Mr. Gonzalez be granted compassionate release due to his comorbidity risk factors:

    a. To a degree of Medical Certainty, Mr. Gonzalez is at the highest risk from COVID-19 complications and death.

    b. He has significant increased risk of death from COVID-19.

    c. With recommendation and guidance of the CDC, identifying those patients who are at the highest risk from COVID 19 complications and death, it is medically advised that he be considered a strong candidate for compassionate release do to his significant increased risk factors.

I declare under the penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

- 8 -
DECLARATION OF DR. ALAN MARCUS IN SUPPORT OF ERIC GONZALEZ'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C §3582(C)(1)(A)(I)

Executed on 1/7/2021 at San Clemente, California

*Alan O. Marcus*
Dr. Alan Marcus MD, FACP, FACE

-9-
DECLARATION OF DR. ALAN MARCUS IN SUPPORT OF ERIC GONZALEZ'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C §3582(C)(1)(A)(I)