# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>          v.<br><br>ERIC GONZALEZ,<br>    Defendant. | No. CR 13-574 DSF<br><br>ORDER RE BRIEFING ON MOTION FOR REDUCTION OF SENTENCE |

    The government is ordered to file an opposition to Defendant's motion no later than February 10, 2021. Defendant may file a reply no later than March 15, 2021.

    IT IS SO ORDERED.

Date: January 12, 2021

                                                        Dale S. Fischer<br>
                                                        United States District Judge